IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH N. McDONOUGH,      *
                    *
     Plaintiff,          *
                    *
       v.             *     CV 209-206
                    *
BAC HOME LOANS SERVICING, LP   *
f/k/a COUNTRYWIDE HOME LOANS   *
SERVICING, LP; U.S. BANK,      *
NATIONAL ASSOCIATION, as       *
Trustee for the Holders of     *
CSMC 2006-7; and U.S. BANCORP *
d/b/a U.S. BANK, NATIONAL      *
ASSOCIATION, as Trustee for    *
the Holders of CSMC 2006-7,    *
                    *
     Defendants.        *

O R D E R

Presently pending before the Court is the parties' Stipulation of Dismissal. (Doc. no. 72.) As the Court previously closed this case administratively, for purposes of this motion the Clerk is **DIRECTED** to **RESTORE** this case to the Court's active docket.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. Accordingly, all claims in this matter are **DISMISSED WITH PREJUDICE**. The Clerk **SHALL TERMINATE** all deadlines and motions and again **CLOSE** the case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this _19th_ day of December, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA